**STATE of Missouri, Respondent,**

v.

**Allen BROOKS, Appellant.**

**No. ED 79274.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 13, 2002.

Application for Transfer to Supreme Court
Denied April 8, 2002.

Application for Transfer Denied
May 28, 2002.

Michael A. Gross, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., ROBERT G. DOWD, JR., J.

**ORDER**

PER CURIAM.

Defendant, Allen Brooks, appeals from the judgment entered after a jury found him guilty of assault in the first degree and armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).